IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL | |
| | ) | BEFORE: Tony N. Leung | |
| Plaintiff, | ) | U.S. Magistrate Judge | |
| | ) | | |
| v. | ) | Case No: | 22-cr-139 DSD/DTS |
| | ) | Date: | July 12, 2022 |
| Denis Vladmirovich Molla, | ) | Courthouse: | Minneapolis |
| | ) | Courtroom: | 9W |
| Defendant, | ) | Time Commenced: | 1:38 p.m. |
| | | Time Concluded: | 1:45 p.m. |
| | | Time in Court: | 7 minutes |

APPEARANCES:

Plaintiff: Kimberly Svendsen, Assistant U.S. Attorney
Defendant: Ryan Garry,
      X Retained

Date Charges Filed: 7/7/2022        Offense: wire fraud

X Advised of Rights

on    X Indictment

X Personal Recognizance Bond set, see Order Setting Conditions of Release.

X Defendant also arraigned at this hearing, see separate arraignment minutes.

X Government moves to unseal the case.     X Granted

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

                                                                s/SAE
                                                Signature of Courtroom Deputy