# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br>v.<br><br>Denis Vladmirovich Molla,<br>      Defendant. | **COURT MINUTES - CRIMINAL**<br>BEFORE:   TONY N. LEUNG<br>U.S. Magistrate Judge |

| | |
|---|---|
| Case No: | 22-cr-139 DSD/DTS |
| Date: | July 12, 2022 |
| Courthouse: | Minneapolis |
| Courtroom: | 9W |
| Time Commenced: | 1:45 p.m. |
| Time Concluded: | 1:51 p.m. |
| Time in Court: | 6 minutes |

**APPEARANCES:**

  Plaintiff: Kimberly Svendsen, Assistant U.S. Attorney
  Defendant:  Ryan Garry,
            X Retained

**Indictment Dated:** July 7, 2022

   X Reading of Indictment Waived       X Not Guilty Plea Entered


Other Remarks:

  X Counsel to be notified of additional dates by separate Order to be issued.

                                                                      s/SAE
                                                         Signature of Courtroom Deputy