# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **NOTICE OF APPEARANCE** |
| vs. | Case No: 22-CR-139 (DSD/DTS) |
| DENIS VLADMIROVICH MOLLA,, | |
| Defendant. | |

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Ryan P. Garry, shall appear as counsel of record for Noe Rodriguez, the Defendant in this case.

Dated: July 12, 2022            _s/Ryan Garry_____
                                Ryan P. Garry
                                Attorney No. 0336129
                                333 South Seventh Street
                                Suite 3020
                                Minneapolis, MN 55402
                                612-436-3051
                                ryan@ryangarry.com