# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **AMENDED NOTICE OF APPEARANCE** |
| vs. | Case No: 22-CR-139 (DSD/DTS) |
| DENIS VLADMIROVICH MOLLA, | |
| Defendant. | |

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Ryan P. Garry, shall appear as counsel of record for Denis Molla, the Defendant in this case.

Dated: July 13, 2022
_s/Ryan Garry_____
Ryan P. Garry
Attorney No. 0336129
333 South Seventh Street
Suite 3020
Minneapolis, MN 55402
612-436-3051
ryan@ryangarry.com