UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 22-139 (DSD/DTS)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | **DEFENDANT'S MOTION FOR** |
| ) | **EXTENSION OF TIME TO** |
| v. ) | **FILE PRETRIAL MOTIONS** |
| ) | |
| DENIS VLADMIROVICH MOLLA, ) | |
| ) | |
| Defendant. ) | |

The defense moves to extend the date for filing of pretrial motions from **August 2, 2022** to **September 1, 2022**, and for a corresponding continuance of the motions hearing date and trial date. Defense counsel has conferred with Assistant United States Attorney Angela Munoz, who indicated she did not object.

The discovery received from the government consists of approximately 7,800 pages of discovery as well as videos, and additional time is needed to review the discovery and prepare motions, if any. Accordingly, the defense moves for a 30-day extension of the date to file pretrial motions by and a corresponding continuance of the motions hearing and trial dates.

This motion is made on all the files and records in the case, including Defendant's Motion to Exclude Time Under the Speedy Trial Act and signed Statement of Facts in Support of Exclusion of Time Under Speedy Trial Act.

Respectfully submitted,

**RYAN GARRY, ATTORNEY, LLC**

Dated: July 28, 2022

s/ Ryan Garry
Ryan P. Garry (Attorney No. 0336129)
Attorneys for Defendant
333 South Seventh Street, Suite 3020
Minneapolis, MN 55402
Phone: (612) 436-3051
Fax: (612) 436-3052
ryan@ryangarry.com