UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 22-139 (DSD/DTS)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **STATEMENT OF FACTS IN** |
| v. ) | **SUPPORT OF EXCLUSION OF** |
| ) | **TIME UNDER SPEEDY TRIAL ACT** |
| DENIS VLADMIROVICH MOLLA, ) | |
| ) | |
| Defendant. ) | |

Pursuant to 18 U.S.C. § 3161(h)(7)(A), I, the defendant in this case, agree to the following statement of facts in support of the defense Motion to Exclude Time Under the Speedy Trial Act:

The discovery received from the government consists of approximately 7,800 pages of discovery as well as videos, and additional time is needed to review the discovery and prepare motions, if any. Accordingly, I wish for there to be a 30-day extension of the date to file motions and a corresponding extension of the motions hearing and trial dates.

The defense requests a continuance of the date to file motions by to and including September 1, 2022. Based on the above facts, I request that the period from now until that date be excluded from the time in which I would otherwise have to be brought to a trial on this case. I have discussed this matter with my lawyer and voluntarily make this request, with full knowledge of my rights under the Speedy Trial Act.

I am e-signing this document. I have read this document, understand what it says, and agree to its contents.

Dated: 7/28/2022

Dated: 7-28-22

DocuSigned by:

_____
Denis Molla
Defendant

_____
Ryan Garry
Attorney for Defendant