AO 442 (Rev. 11/11) Arrest Warrant

**RECEIVED**
JUL 26 2022
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA


F# 1144558?

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

RECEIVED
US MARSHALS
SAINT PAUL, MN
2022 JUL -8 AM 7:52

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. CR 22-139 DSD/DTS |
| Denis Vladmirovich Molla | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Denis Vladmirovich Molla,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court
☐ Pretrial Release Violation Petition

This offense is briefly described as follows:
Counts 1-2: Wire Fraud 18:1343

Date: 07/07/2022

*Issuing officer's signature* /s/ Kate M. Fogarty

City and state: Minneapolis, MN

Kate M. Fogarty, Clerk of Court
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: ARRESTED ON 7/12/2022
ARRESTED BY FBI

*Arresting officer's signature*

U.S. MARSHAL
DISTRICT OF MINNESOTA
BY ____

*Printed name and title*

**SCANNED**
JUL 28 2022
U.S. DISTRICT COURT ST. PAUL