## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 22-cr-139 (DSD/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Denis Vladmirovich Molla (1), | |
| Defendant. | |

Defendant filed an unopposed Motion for Extension of Time (Dkt. No. 15) and Motion to Exclude Time Under the Speedy Trial Act (Dkt. No. 16). Defendant has also filed a Statement of Facts in Support of Exclusion of Time Under the Speedy Trial Act (Dkt. No. 17). Defendant requests a 31-day continuance of the pretrial motions deadline and hearing based on amount of disclosures by the Government and the need for additional time to prepare his defense.

Pursuant to 18 U.S.C. § 3161(h), this Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and Defendant in a speedy trial and such continuance is necessary to provide Defendant and his attorney reasonable time necessary for effective preparation and to make efficient use of the parties' resources. Based on all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED**:

1. Defendant's Motion for Extension of Time (Dkt. No. 15) and Motion to Exclude Time Under the Speedy Trial Act (Dkt. No. 16) are **GRANTED**. All motions in this case shall be filed by **September 1, 2022.**

2. Counsel must file a letter on or before **September 1, 2022** if no motions will be filed and there is no need for a motions hearing.

3. Responses to the motions must be filed by **September 15, 2022.**

4. Any Notice of Intent to Call Witnesses must be filed by **September 15, 2022** . D. Minn. LR 12.1(c)(3)(A).

5. Any Responsive Notice of Intent to Call Witnesses must be filed by **September 19, 2022**. D. Minn. LR 12.1(c)(3)(B).

6. The motions shall be heard before Magistrate Judge David T. Schultz on **September 29, 2022**, at **9:00 a.m.**, in Courtroom 9E, U.S. Courthouse, 300 South Fourth Street, Minneapolis.

7. The period of time from **the date of this order through September 1, 2022**, shall be excluded from Speedy Trial Act computations for Defendant.

8. Counsel must contact the Courtroom Deputy for District Judge David S. Doty to confirm the new trial date.

Dated:  July 29, 2022                              \_\_s/David T. Schultz_____
                                                   DAVID T. SCHULTZ
                                                   United States Magistrate Judge