UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 22-139 (DSD/DTS)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>  Plaintiff, )<br>  )<br>  )<br> vs. )<br>  )<br> DENIS VLADMIROVICH MOLLA, )<br>  )<br>  Defendant. ) | **DEFENDANT'S MOTION FOR A DOWNWARD VARIANCE** |

The defendant, Denis Molla, through his undersigned counsel, respectfully moves this Court for a downward variance.

This Motion is made on all the files and records in the case, Mr. Molla's Position Regarding Sentencing, the United States Sentencing Guidelines, and upon such other and further points and authorities as may be presented to the Court.

Respectfully submitted,

**RYAN GARRY, ATTORNEY, LLC**

Dated: February 10, 2023

 s/ Ryan Garry
Ryan P. Garry (Attorney No. 0336129)
Attorneys for Defendant
333 South Seventh Street, Suite 3020
Minneapolis, MN 55402
Phone: (612) 436-3051
Fax: (612) 436-3052
ryan@ryangarry.com