# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No: 22CR139(1)(DSD/DTS) |
| | ) | Date: June 8, 2023 |
| v. | ) | Court Reporter: Renee Rogge |
| | ) | Courthouse: Minneapolis |
| DENIS VLADMIROVICH | ) | Courtroom: 14W |
| MOLLA, | ) | Time Commenced: 1:32 p.m. |
| a/k/a/ DENNIS MOLLA, | ) | Time Concluded: 2:07 p.m. |
| | ) | Sealed Hearing Time: |
| | ) | Time in Court: 35 minutes |
| Defendant. | | |

Before David S. Doty, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:
    For Plaintiff:    Jordan Sing, Assistant U.S. Attorney
    For Defendant:   Ryan P. Garry ☒   RET

PROCEEDINGS:

☒ **Sentencing.**

IT IS ORDERED:

Defendant is sentenced to:

| **Count No.** | **BOP** | **SR** |
|---|---|---|
| 1 | 30 months | 1 year |

☒ Special conditions of:    **See J&C for special conditions**
☒ Defendant sentenced to pay:
    ☒ Special assessment in the amount of $100.00 to be paid.
    ☒ Fine in the amount of $18,381.00 to be paid.
    ☒ Restitution in the amount of $3,850.00 to be paid.

☒ Plea and plea agreement accepted.
☒ Government's Motion for Dismissal of Count 2 granted.
☒ Defendant's Motion for Downward Variance granted.
☒ Defendant released pending execution of sentence of imprisonment on same terms and conditions as previously released. Defendant to voluntarily surrender. **See J&C for details**
☒ **Clerk of Court is directed to correct the defendant's middle name in the Court Record to read "Vladimirovich."**

s/D.O.
Judicial Assistant